## KANE PLAZA ASSOC. v. CHADWICK

No. 72P95

Case below: 117 N.C.App. 613

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## LEE v. BIR

No. 27P95

Case below: 116 N.C.App. 584

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 March 1995.

## LEONARD v. ENGLAND

No. 417PA94

Case below: 115 N.C. App. 800
337 N.C. 801
338 N.C. 518

Upon reconsideration by this Court ex mero motu, the order allowing the petition for discretionary review is vacated and the petition for discretionary review is denied 6 April 1995.

This order is entered without prejudice to the defendant's right to refile a petition for discretionary review with this Court, if plaintiff does not timely file a voluntary dismissal with prejudice in the Superior Court of Mecklenburg County within 30 days of the entry of this order.

## LINER v. BROWN

No. 611PA94

Case below: 117 N.C.App 44
339 N.C. 614

Upon reconsideration by the Court ex mero motu, the order allowing the petition for discretionary review is vacated and the petition for discretionary review is denied 6 April 1995. Upon reconsideration by this Court ex mero motu, the order allowing the petition for certiorari is vacated and the petition for certiorari is denied 6 April 1995. Motion by defendants to withdraw petitions for discretionary review and writ of certiorari allowed 6 April 1995.